# FIRST NAT. BANK OF MADILL v. EVANS.

No. 1384.   Opinion Filed December 12, 1911.

(120 Pac. 246.)

**PLEADINGS BEFORE JUSTICE.**   The syllabus is the same as in **First National Bank of Madill v. J. M. Collins, infra, 120 Pac. 245.**

(Syllabus by Ames, C.)

*Error from Marshall County Court; J. W. Falkner, Judge.*

Action by I. H. Evans against the First National Bank of Madill. Judgment for plaintiff, and defendant brings error. Affirmed.

*W. J. Horton, R. A. Smith, Summers Hardy,* and *Wm. M. Franklin,* for plaintiff in error.

*Albert W. Rison,* for defendant in error.

Opinion by AMES, C.   The facts in this case are so similar to those in the case of *First National Bank of Madill v. Collins, infra,* 120 Pac. 245, that this case should be affirmed upon the authority of that.

By the Court:   It is so ordered.

All the Justices concur.